# United States District Court
## Northern District of California

**UNITED STATES OF AMERICA**
**v.**
**MATTHEW WILLIAM DUHAMEL**

**JUDGMENT IN A CRIMINAL CASE**

USDC Case Number: CR-10-00003-001 MAG
BOP Case Number: DCAN310CR000003-001
USM Number: NONE
Defendant's Attorney: Ismail Ramsey

**THE DEFENDANT:**

[x]   pleaded guilty to count(s): of the Information.
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 1004.23(a)(1) | Driving Under the Influence of Alcohol, a Class B Misdemeanor | August 27, 2009 | One |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[x]   Count(s) Two of the Information (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.



9/2/10
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Maria Elena James, U. S. Magistrate Judge
Name & Title of Judicial Officer

9/3/10
Date

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

DEFENDANT:       MATTHEW WILLIAM DUHAMEL                                        Judgment - Page 2  of  3
CASE NUMBER:   CR-10-00003-001 MAG

## PROBATION

The defendant is hereby sentenced to probation for a term of   3 years .

The defendant shall not commit another federal, state, or local crime.  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and two periodic drug tests thereafter.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)
[ ]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)
[ ]     The defendant shall cooperate in the collection of DNA as direct as directed by the probation officer. (Check if applicable.)
[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as direct by the probation officer. (Check if applicable.)
[ ]     The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well with any additional conditions in this judgment.

Any appearance bond filed on behalf of the defendant is hereby exonerated.

## STANDARD CONDITIONS

1)   The defendant shall not leave the judicial district without permission of the court or probation officer;
2)   The defendant shall report to the probation officer, and shall submit a truthful and complete written report within the first five days of each month;
3)   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   The defendant shall support his or her dependants and meet other family responsibilities;
5)   The defendant shall work regularly at a lawful occupation,  unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and
13)  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

| | | |
|---|---|---|
| DEFENDANT: | MATTHEW WILLIAM DUHAMEL | Judgment - Page 3 of 3 |
| CASE NUMBER: | CR-10-00003-001 MAG | |

# SPECIAL CONDITIONS OF PROBATION

1) The defendant shall pay the special assessment of $10 and execute any financial documents needed to pay both fines.

2) The defendant at the direction of the probation officer you shall either perform 125 hours of community service or pay a fine in the amount of $1,000 to the United States.

3) The defendant shall participate in an evaluation to address whether alcohol treatment services are necessary and, if deemed so, you shall participate in a program of testing and treatment for alcohol abuse, as directed by the probation officer, until such time as you are released from treatment by the probation officer. You shall pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of testing and treatment. The actual co-payment schedule shall be determined by the probation officer.

4) The defendant shall maintain and provide proof of financial responsibility for the term of probation, as deemed appropriate by the probation officer.

5) The defendant upon commencement of probation, your driving privileges shall be restricted for 90 days, except for work or school purposes, and to drive to and from your counseling program. This condition will be waived if your driving privileges were suspended by the California Department of Motor Vehicles as a result of this incident.

6) The defendant shall with prior approval from the probation officer, you shall be allowed to travel domestically or internationally for the purpose of participation in ski competitions and education.

7) The defendant shall successfully complete an approved "First Offender's DUI Program" at the direction of your probation officer.