MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Matthew Duhamel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW DUHAMEL, <br><br> Defendant | Case No.: CR-10-00003-MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING PROBATION CONDITIONS** |

Stipulation and [Proposed] Order - 1

1  The parties hereby stipulate and move this Court to enter an order allowing
2  defendant Matthew Duhamel, who is currently an undergraduate student at Stanford
3  University, to travel to the Republic of China to study for a semester abroad.  He will be
4  studying at Peking University for the fall semester 2012 (September – December 2012).

5  Mr. Duhamel is currently on probation for driving under the influence.  This Court
6  entered its judgment and commitment order on September 3, 2012.  He has had no
7  violations during his more than a year of supervision.

8  His supervising probation officer does not object to this request.

9  Dated:                                              Respectfully Submitted,

10                                                     RAMSEY & EHRLICH LLP

11                                                     //s//

12                                                     ISMAIL RAMSEY
                                                       ATTORNEY FOR MATTHEW
13                                                     DUHAMEL

15                                                     MELINDA L. HAAG
                                                       U.S. ATTORNEY

16                                                     //s//

17                                                     RANDY LUSKEY
18                                                     ASSISTANT U.S. ATTORNEY

19  GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

20  Dated:

22  9-17-12

23                                                     HON. MARIA-ELENA JAMES
                                                       U.S. MAGISTRATE JUDGE

Stipulation and [Proposed] Order - 2